UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

EVA MARTINEZ POWLESS,

          Plaintiff,

    vs.

MILWAUKEE AREA TECHNICAL COLLEGE,

          Defendant.

Case No. 24-CV-1671

---

## DEFENDANT'S PARTIAL MOTION TO DISMISS

---

Defendant, Milwaukee Area Technical College ("Defendant" or "MATC"), by its attorneys, Michael Best & Friedrich LLP, move this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an Order to dismiss all time-barred and unexhausted claims (including Counts I and III in their entirety) of Plaintiff Eva Martinez Powless' Complaint.[1]

The bases for this Motion are contained in the pleadings and papers already on file with this Court, as well as Defendant's Brief in Support of its Partial Motion to Dismiss and the Declaration of Devin S. Hayes, filed contemporaneously herewith. Defendant requests this Court enter an order to dismiss these claim(s) with prejudice.

Dated this 14th day of March, 2025.

---

[1] Pursuant to Rule 12(a)(4), Defendant is not filing an answer to Plaintiff's Complaint. Even if a motion to dismiss seeks some but not all claims, this motion nevertheless acts as a complete response to the complaint and Defendant is not required to file an Answer to any claim at this time. Fed. R. Civ. P. 12(a)(4); *Brocksopp Eng'g, Inc. v. Bach-Simpson, Ltd*., 136 F.R.D. 485, 486 (E.D. Wis. 1991) (holding that defendant need not file an answer to any remaining claims where the defendant filed a partial motion to dismiss the complaint); *Brice v. Resch*, No. 10-C-711, 2010 U.S. Dist. LEXIS 124419 (E.D. Wis. Nov. 9, 2010) (holding same).

**MICHAEL BEST & FRIEDRICH LLP**
Electronically Signed By:

/s/  Denise Greathouse
Denise Greathouse, SBN 1055644
Holly E. Courtney, SBN 1081696
Devin S. Hayes, SBN 1089943
790 N. Water St., Ste. 2500
Milwaukee, WI 53202-3509
Telephone: 414-271-6560
Facsimile: 414-277-0656
E-mail: dlgreathouse@michaelbest.com
E-mail: hecourtney@michaelbest.com
E-mail: dshayes@michaelbest.com

Attorneys for Defendant Milwaukee Area Technical College

CERTIFICATE OF SERVICE

I, Denise Greathouse, Esq., hereby certify that on March 14, 2025, I electronically filed the foregoing DEFENDANT'S PARTIAL MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, thereby causing a copy of this document to be served on the following individuals:

Summer H. Murshid, Esq.
Email: smurshid@hq-law.com
Christine A. Donahoe, Esq.
Email: cdonahoe@hq-law.com
Hawks Quindel, S.C.

**MICHAEL BEST & FRIEDRICH LLP**
Electronically Signed By:

/s/ Denise Greathouse
Denise Greathouse, SBN 1055644
Holly E. Courtney, SBN 1081696
Devin S. Hayes, SBN 1089943
790 N. Water St., Ste. 2500
Milwaukee, WI 53202-3509
Telephone: 414-271-6560
Facsimile: 414-277-0656
E-mail: dlgreathouse@michaelbest.com
E-mail: hecourtney@michaelbest.com
E-mail: dshayes@michaelbest.com

Attorneys for Defendant Milwaukee Area Technical College