UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

EVA MARTINEZ POWLESS,

      Plaintiff,

v.                                         Case No. 24-CV-1671

MILWAUKEE AREA
TECHNICAL COLLEGE,

      Defendant.

**JOINT STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**

Plaintiff Eva Martinez Powless ("Plaintiff") and Defendant Milwaukee Area Technical College ("Defendant") (Plaintiff and Defendant will be collectively referred to as the "Parties"), by their undersigned counsel, submit this Joint Stipulation to Extend the Scheduling Order Deadlines. In support of this Stipulation, the Parties state as follows:

1. The Parties have agreed to mediate this case and are working collaboratively, and in conjunction with the mediation service, to schedule a mediation date.

2. In an effort to avoid incurring additional fees and costs associated with the retention and disclosure of experts, as well as those associated with finalizing discovery and ESI production, the Parties respectfully request that the Court enter a revised Scheduling Order, which will allow the Parties to direct resources toward resolving the matter, as follows:

    a. Deadline for expert witness disclosures: March 24, 2026[1]

---

[1] If the Parties are unable to confirm a mediation date that will allow for this timeline, they will notify the Court promptly and provide a revised proposal.

1

b. Deadline for rebuttal expert witness disclosures: May 8, 2026

c. Close of Discovery: June 1, 2026

The remainder of the Court's Scheduling Order (ECF No. 22) shall remain in effect.

Dated this 30th day of January 30, 2026.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| *s/ Denise Greathouse* | *s/ Summer H. Murshid* |
| Denise Greathouse SBN 1055644 | Summer H. Murshid, SBN 1075404 |
| dlgreathouse@michaelbest.com | smurshid@hq-law.com |
| Holly E. Courtney SBN 1081696 | Martha L. Burke, SBN 1121510 |
| hecourtney@michaelbest.com | mburke@hq-law.com |
| | Connor J. Clegg, SBN 1118534 |
| | cclegg@hq-law.com |
| **Michael Best & Friedrich LLP** | Christine A. Donahoe, SBN 1092282 |
| 790 N. Water St., Ste 2500 | cdonahoe@hq-law.com |
| Milwaukee, WI 53202-3509 | |
| (414) 271-6560 (office) | **Hawks Quindel, S.C.** |
| (414) 277-0656 (facsimile) | 5150 N. Port Washington Road |
| | Suite 243 |
| **Attorneys for Defendant** | Milwaukee, WI 53217 |
| | (414) 271-8650 (office) |
| | (414) 207-6079 (facsimile) |
| | |
| | **Attorneys for Plaintiff** |